IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHANE RICHARD MULHERN** | : | **CIVIL ACTION** |
| *Petitioner* | : | |
| v. | : | **NO. 15-6122** |
| | : | |
| **JOHN KERESTES**, *et al.* | : | |

# O R D E R

AND NOW, this 10th day of November, 2016, upon careful and independent consideration of the petition for writ of *habeas corpus*, and after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Clerk of Court is directed to place the petition for a writ *of habeas corpus* in civil **SUSPENSE** until the conclusion of the state post-conviction proceedings;

3. Consequently, consideration of Petitioner's motion to amend his *habeas* petition, [ECF 12], is **STAYED** pending the conclusion of the state post-conviction proceedings; and

4. Petitioner and the District Attorney shall notify the Court within thirty (30) days of the conclusion of the state proceedings so the *habeas* petition may proceed in this court.

BY THE COURT:

/s/ Nitza I. Quiñones Alejandro
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*